572

64 So.2d 111

**H. S. ADAMS v. Thomas Elisha HEAD et al.**

**4 Div. 728.**

Supreme Court of Alabama.
March 26, 1953.

Baldwin & Baldwin, Andalusia, for petitioner.

A. R. Powell, Jr., Andalusia, opposed.

MERRILL, Justice.

Petition of H. S. Adams for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Adams v. Head, 64 So.2d 110.

Writ denied.

LAWSON, STAKELY and GOODWYN, JJ., concur.